UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

MICHAEL BISHOP and JASON DUFAULT,

        Plaintiffs,

v.

UNITED STATES CELLULAR, CORPORATION, a Delaware corporation; and USCC PAYROLL CORPORATION, a Delaware corporation,

        Defendants.

NO. CV-09-5018-RMP

ORDER OF DISMISSAL WITH PREJUDICE

BEFORE the Court is a Stipulated Motion to Dismiss with Prejudice (Ct. Rec. 57). Having reviewed said stipulated motion and having reviewed the file and pleadings therein, the Court deems itself otherwise fully advised in the premises. Accordingly,

**IT IS HEREBY ORDERED**:

1. The Stipulated Motion for Dismissal with Prejudice (**Ct. Rec. 57**) is **GRANTED**. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions are **DENIED as MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE -1

1     The District Court Executive is ordered to file this Order, furnish copies to
2 counsel, and **CLOSE** this file.
3     **DATED** this 9th day of April, 2010.

                                            s/ Rosanna Malouf Peterson
                                            ROSANNA MALOUF PETERSON
                                                DISTRICT COURT JUDGE

28 ORDER OF DISMISSAL WITH PREJUDICE -2